# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC O'NEAL SELDERS

NO.   2019 CW 0850

**AUG 2 0 2019**

In Re:    Eric O'Neal Selders, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1400145.

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.**  See the action issued this date in 2019 CW 0415.

                    **PMc**
                    **JEW**
                    **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT